Same case below, 326 Wis. 2d 492, 786 N.W.2d 64.

---

**No. 10-7528. James R. Goff, Petitioner v. Margaret Bagley, Warden.**

562 U.S. 1202, 131 S. Ct. 1045, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 1048.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 601 F.3d 445.

---

**No. 10-7599. Brett C. Hay, Petitioner v. J. L. D.**

562 U.S. 1202, 131 S. Ct. 1046, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 1008.

January 24, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

---

**No. 10-7600. Roger D. Hall, Petitioner v. John G. Koreski.**

562 U.S. 1202, 131 S. Ct. 1047, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 1018,

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 689.

---

**No. 10-7605. Edward Fox, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1202, 131 S. Ct. 1047, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 1001.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

---

Same case below, 373 Fed. Appx. 32.

---

**No. 10-7611. Michael O. DeVaughn, Petitioner v. Stanley Sniff, Sheriff, Riverside County, California.**

562 U.S. 1202, 131 S. Ct. 1047, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 946.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

---

**No. 10-7615. David Jackson, Petitioner v. Vera Jackson, et al.**

562 U.S. 1202, 131 S. Ct. 1048, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 936.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 392 Fed. Appx. 664.

---

**No. 10-7616. Kenneth Lee Martinez, Petitioner v. Roseanne Campbell, Warden, et al.**

562 U.S. 1202, 131 S. Ct. 1048, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 1029.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

---

**No. 10-7617. Todd James Luh, Petitioner v. Missouri, et al.**

562 U.S. 1202, 131 S. Ct. 1048, 178 L. Ed. 2d 868, 2011 U.S. LEXIS 929.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.